## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| FRAN G. ZELLAT, AN INDIVIDUAL, | : | No. 81 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARY ANN MCCULLOCH, AN | : | |
| INDIVIDUAL AND LIBERTY MUTUAL | : | |
| FIRE INSURANCE COMPANY, A | : | |
| PENNSYLVANIA CORPORATION, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.